⌧ PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    Karen Michelle Loucks    Docket No.    2:10CR02034-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Karen Michelle Loucks who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, WA, on the 30th day of April, 2010 under the following conditions:

**Standard Condition #6**: Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition**: Defendant shall complete treatment indicated by an evaluation or recommended by pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the Unites States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, pretrial services shall notify the Court and the U.S. Marshal, who will be directed to immediately arrest the defendant.

**Standard Condition #1**: Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advised the supervising Pretrial Services Officer and defense counsel with in on business day of any charge, arrest, or contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Ms. Loucks is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by having failed to submit her monthly report form as directed for the month of January as of February 25, 2011.

**Violation #2**: Ms. Loucks is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by having failed to attend drug and alcohol treatment group sessions on January 26, February 9, and 16, 2011.

**Violation #3**: Ms. Loucks was arrested for violating an anti-harassment restraining order on February 26, 2011.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8
Re: Loucks, Karen Michelle
February 28, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/28/2011

by  s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Jam P. Hutton*
Signature of Judicial Officer

2/28/2011
Date