PS 8
(12/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 06 2011
JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.    Karen Michelle Loucks    Docket No.    2:10CR02034-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Karen Michelle Loucks who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima, WA, on the 30th day of April 2010 under the following conditions:

**Special Condition #18**: Refrain from use of unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Special Condition**: Defendant shall complete treatment indicated by an evaluation or recommended by pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the Unites States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, pretrial services shall notify the Court and the U.S. Marshal, who will be directed to immediately arrest the defendant.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Ms. Loucks is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by having tested positive for amphetamine, methamphetamine, and marijuana on March 25, 2011.

**Violation #2**: Ms. Loucks is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington, by having failed to attend drug and alcohol treatment counseling sessions on March 30, and April 1, 2011.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/06/2011

by  s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

PS-8
Re: Loucks, Karen Michelle
April 6, 2011
Page 2

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

4/6/11
Date